IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CHIEF JUSTICE BLACK JACK PRUETT, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 7:08-CV-173-O |
| | § | ECF |
| THE GOVERNMENT OF TEXAS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Under authority of 28 U.S.C. § 636(b), this *pro se* action was referred to U.S. Magistrate Judge Robert K. Roach for screening pursuant to 28 U.S.C. § 1915. On May 28, 2009, the Magistrate Judge issued a Findings and Recommendation, pursuant to 28 U.S.C. § 636(b), recommending that Plaintiff's complaint be dismissed with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B). Doc. No. 8. Plaintiff has not filed any objection to the Findings and Recommendation.

After conducting a review *de novo* of the pleadings, files and records in this case, the Findings and Recommendation of the Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that they are correct and are hereby accepted as the Findings of the Court.

SO ORDERED this 19th day of June, 2009.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**